UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DAVID APGAR, on his own behalf and
on behalf of those similarly situated,

        Plaintiff,               Case No: 1:15-cv-01902-LMN

vs.

CAPITAL FUNDING CORPORATION,
a Foreign for-Profit Corporation, and
BRUCE SIMON, individually

        Defendants.       /

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

       Plaintiff, DAVID APGAR, hereby dismisses this action pursuant to Rule 41(a) without prejudice.

       Respectfully submitted this 6th day of July, 2015.

                                 /s/ Andrew R. Frisch
                                 ANDREW FRISCH, Esq.
                                 Georgia Bar No.: 366105
                                 MORGAN & MORGAN, P.A.
                                 600 N. Pine Island Road, Suite 400
                                 Plantation, Florida 33324
                                 Telephone: (954) 318-0268
                                 Facsimile: (954) 327-3013
                                 E-mail: AFrisch@forthepeople.com

                                 *Trial Counsel for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Notice and all attachments were filed this 6th day of July, 2015, using the Court's EM/ECF system. I also certify that a copy of the same has been sent via CM/ECF to **G. Frankling Lemond, Jr., Esq., Webb, Klase & Lemond, LLC, 1900 The Exchange, S.E., Suite 480, Atlanta, GA 30339.**

/s/ Andrew R. Frisch
ANDREW FRISCH, Esq.